THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. FREDERIC KERNOCHAN et al., as Committee of MARIE MARSHALL, an Incompetent Person, Appellants, *v.* JAMES A. WENDELL, as Comptroller of the State of New York, Respondent.

*Tax — personal income tax — where amount paid for counsel fees and disbursements in litigation not deductible in computing net income.*

*People ex rel. Kernochan v. Wendell,* 197 App. Div. 197, affirmed.

(Argued November 22, 1921; decided December 6, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 20, 1921, which confirmed on certiorari a determination of the state comptroller assessing an additional income tax against the relator for the year 1919. The question involved was as to whether the payment of $50,892.21 for counsel fees and disbursements in a litigation commenced the year 1916, authorized to be paid by an order made December 28, 1918, and actually paid on January 7, 1919, was an allowable deduction from gross income for the year 1919 in computing the net income of the committee of an. incompetent person under article 16 of the Tax Law. The comptroller answered the question in the negative and his determination was confirmed by the Appellate Division.

*Robert M. Miller* and *Henry F. Miller* for appellants.

*Charles D. Newton, Attorney-General (James S. Y. Ivins* and *Lawrence Graves* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.